FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 SEP 23 P 3: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

George Logue                              Case No. 04 – 10823 - DPW

        Plaintiff                              **MOTION TO AMEND**

v.

D. Coppola, Esq.

        Defendant


**Comes now the plaintiff, with this Motion To Amend his complaint prior to serving it on the defendant.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff respectfully submits this Motion To Amend his complaint prior to serving it on the defendant. Where plaintiff has recently submitted a Motion for an enlargement of time be granted for submitting and serving the defendant with the complaint in accordance with local Rule 4.1, he also requests that the complaint attached herein, with grammatical corrections and minor revisions, be accepted as the true and current version of the complaint. As this should not adversely affect defendants any more so, plaintiff request that this version of the complaint supercede all others and be the one served.


September 23, 2004                              /s/ George Logue
      Date