**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF George Logue | COURT CASE NUMBER 04-10823-DPW |
| DEFENDANT Donna Coppola | TYPE OF PROCESS Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Donna Coppola

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1212 Hancock Street Quincy, MA 1st Floor

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

G. Logue
General Delivery
Boston, MA 02205

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

*RECEIVED U.S. MARSHAL SERVICE BOSTON, MA SEP 30 P 4:*

Signature of Attorney or other Originator requesting service on behalf of:
George Logue ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER 617-864-5896
DATE 08/12/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk Nancy Jalomme | Date 9/12/04 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Adam Chu (at Law Office)

Address (complete only if different than shown above):
Not a partner or associate with.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service 10/4/04   Time 9:20 am/pm
Signature of U.S. Marshal or Deputy

| Service Fee $45 | Total Mileage Charges (including endeavors) $8.76 | Forwarding Fee | Total Charges $53.76 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Massachusetts _____

George Logue,
Plaintiff,

V.

Donna Coppola, Esq.,
Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 04-10823-DPW

TO: (Name and address of Defendant)

Donna Coppola, Esq.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George Logue, pro se

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Tony Anastas, Clerk of Court                                         4/30/04
CLERK                                                                 DATE

_____
(By) DEPUTY CLERK