UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 OCT 27 P 4: 48

CIVIL ACTION
DISTRICT OF MASS.

| | |
|---|---|
| George Logue | Case No: 1:04-10823-DPW |
| Plaintiff | |
| v. | |
| D. Coppola | |
| Defendant | |

## OPPOSITION OF PLAINTIFF TO MOTION TO DISMISS

Plaintiff, without having received a response from Defendant Coppola, submits this Opposition to any Motion To Dismiss the Complaint. Plaintiff vehemently opposes any suggestion that the complaint be dismissed before it receives its due process of review. Coppola's failure to act competently, and neglect of a legal matter entrusted for service violate numerous statutes and doctrines of law as outlined in the complaint. In addition to the complaint Coppola should be subjected to disciplinary action pursuant to the provisions of Chapter Four of the Rules of the S. J. C., Rule 4:01 section 8(2) and sections 3.13(2) and 3.14 of the Rules of the Board of Bar Overseers.

WHEREFORE, plaintiff has sought this Court's assistance in the way of an impartial judiciary, because of the amount of time and effort expended dealing with Coppola thus far. Plaintiff has filed this claim and prays this complaint is not dismissed but rather, receives a fair and equitable examination of each of the allegations made, and against each of the named defendants in this and the related complaints.

Respectfully submitted,

October 27, 2004
Date

*[signature: George Logue]*

## CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 27th day of October, I caused a true copy of the document above to be served on the opposing parties as listed below, by serving one copy of same, by first class mail postage paid.

October 27, 2004                                              */s/ George Logue*

Donna Coppola
1212 Hancock Street
Quincy, MA 02169