UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                 )
GEORGE LOGUE,                    )
                                 )
        Plaintiff,               )
                                 )
        v.                       )    Civil Action No. 04-CV-10823-DPW
                                 )
DONNA COPPOLA,                   )
                                 )
        Defendant                )
_____
```

**DEFENDANT DONNA COPPOLA'S MOTION FOR LEAVE TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

George Logue ("Logue") filed an Opposition of Plaintiff to Motion to Dismiss with this Court on October 27, 2004, claiming that he had received no responsive pleading from the defendant, Donna Coppola ("Coppola") by the October 25, 2004 deadline.

Logue's premise is false. Coppola did file her responsive pleading—a Motion to Dismiss—on October 25th, and did take appropriate steps to provide her Motion to Logue. Given this faulty premise, Coppola requests leave of this Court to file a reply to Logue's opposition so the Court may have all the facts presented when it decides Coppola's Motion to Dismiss.

Respectfully submitted,

Donna Coppola

By her attorneys,

*Nancy M. Reimer*
David Hatem, BBO #225700
Nancy M. Reimer, BBO #555373
Douglas M. Marrano, BBO #644030
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
617-406-4500

Dated: November 5, 2004

## Certificate of Service

I, Douglas Marrano, hereby certify that on this 5th day of November, 2004, I have given notice of the above Motion for Leave to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, by mailing a copy thereof, certified mail, return-receipt requested, to George Logue, General Delivery, Boston, MA 02205.

*Douglas Marrano*
Douglas Marrano

00874974