UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE LOGUE,<br><br>    Plaintiff,<br><br>v.<br><br>DONNA COPPOLA,<br><br>    Defendant | )<br>)<br>)<br>)<br>)   Civil Action No. 04-CV-10823-DPW<br>)<br>)<br>) |

## AFFIDAVIT OF DOUGLAS MARRANO

I, Douglas Marrano, being duly sworn, do hereby depose and state as follows:

I am an attorney with Donovan Hatem LLP.

2. I represent Donna Coppola ("Coppola"), the defendant in the above-captioned matter.

3. On October 25, 2004, I filed a Motion to Dismiss with this Court on Coppola's behalf.

4. Upon filing a copy with this Court, I also attempted to serve a copy on the plaintiff, George Logue ("Logue").

5. Logue listed a General Delivery address with the Court when he filed his Complaint in this case. I came to discover that General Delivery is a means of sending mail to a U.S. Post Office, where it is held for 30 days and the addressee can pick up the correspondence with identification.

6. On October 25, 2004, I mailed a copy of Coppola's Motion to Dismiss to Logue's General Delivery address via certified mail, return receipt requested. Two days later, I mailed a second copy of the Motion via first-class mail.

7. On October 28, 2004, the certified-mail copy of the Motion was returned to my office. Logue refused to accept delivery of the package.