```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF MASSACHUSETTS


GEORGE LOGUE,                    )
      Plaintiff,                 )   CIVIL ACTION NOS.
                                 )   04-10823-DPW
         v.                      )   04-10824-DPW
                                 )
DONNA COPPOLA AND                )
MICHELLE VAKILI,                 )
      Defendants.                )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order issued January 3, 2005, is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                        BY THE COURT,


                                         /s/ Michelle Rynne
                                        Deputy Clerk


DATED:  January 3, 2005