UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION

George Logue

        Plaintiff

v.

D. Coppola

        Defendants

CASE NO 04-10823- DPW
**MOTION FOR RECONSIDERATION**

**Comes now the plaintiff, with this Motion For Reconsideration.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure Rules 7 and 59(e), plaintiff respectfully submits this Motion in response to the Order of Dismissal, issued by the District Court regarding plaintiff's pleadings, and pertaining to the final disposition of the Court on January 3, 2005.

Wherefore plaintiff respectfully prays that the Court reconsider its decision in light of plaintiff's Opposition to Motion To Dismiss of October 27, 2004, and the issues and the relevant citations that were presented in his Oppositions to Defendant's Motion To Dismiss of November 24, 2004 and December 3, 2004 in the related case No. 04 –10822.

January 9, 2005
Composition Date

*/s/ George Logue*

CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 1?th day of January, 2005 I caused a true copy of the document above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*/s/ George Logue*

D. Coppola
1212 Hancock Street
Quincy, MA 02169