UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USCA Docket Number:

USDC Docket Number : 04-cv-10823

George Logue

v.

Donna Coppola

---

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/5/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 25, 2005.

Tony Anastas, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/25/05

*[signature]*
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-10823-DPW

Logue v. Coppola  
Assigned to: Judge Douglas P. Woodlock  
Cause: 42:1983 Civil Rights Act

Date Filed: 04/23/2004  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

### Plaintiff

**George Logue**     represented by  **George Logue**  
2 Glen Avenue  
Brighton, MA 02135  
PRO SE

V.

### Defendant

**Donna Coppola**  
*Esquire*

represented by **David J. Hatem**  
Donovan & Hatem, LLP  
Two Seaport Lane  
Boston, MA 02210  
617-406-4500  
Email: dhatem@donovanhatem.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Douglas Marc Marrano**  
Donovan Hatem, LLP  
Two Seaport Lane  
8th Floor  
Boston, MA 02210

617-406-4584
Fax: 617-406-4501
Email:
dmarrano@donovanhatem.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy M. Reimer**
Donovan Hatem, LLP
Two Seaport Lane
8th Floor
Boston, MA 02210
617-406-4500
Fax: 617-406-4501
Email:
nreimer@donovanhatem.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by George Logue.(Jenness, Susan) (Entered: 04/26/2004) |
| 04/23/2004 | 2 | COMPLAINT, filed by George Logue.(Jenness, Susan) (Entered: 04/26/2004) |
| 04/26/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Jenness, Susan) (Entered: 04/26/2004) |
| 04/26/2004 |  | Case undergoing preliminary screening (Jenness, Susan) (Entered: 04/26/2004) |
| 04/30/2004 | 3 | Judge Douglas P. Woodlock : ORDER entered granting 1 Motion for Leave to Proceed in forma |

| | | |
|---|---|---|
| | | pauperis (Morse, Barbara) (Entered: 04/30/2004) |
| 04/30/2004 | | Summons Issued as to Donna Coppola. (Morse, Barbara) (Entered: 04/30/2004) |
| 04/30/2004 | | NOTICE of address correction on docket for plaintiff. Docket incorrectly listed plaintiff's address as 2 Gem Avenue Brighton, MA and now corrected to General Delivery, Boston, MA 02205. (Morse, Barbara) (Entered: 04/30/2004) |
| 08/18/2004 | 4 | MOTION for Extension of Time for 120 days to serve the complaint by George Logue.(Rynne, Michelle) (Entered: 08/20/2004) |
| 09/23/2004 | 5 | MOTION to Amend 2 Complaint by George Logue. (Attachments: # 1 Amended Complaint)(Rynne, Michelle) (Entered: 09/27/2004) |
| 10/18/2004 | 6 | SUMMONS Returned Executed Donna Coppola served on 10/4/2004, answer due 10/25/2004. (Rynne, Michelle) (Entered: 10/19/2004) |
| 10/25/2004 | 7 | MOTION to Dismiss by Donna Coppola.(Rynne, Michelle) (Entered: 10/26/2004) |
| 10/25/2004 | 8 | AFFIDAVIT in Support re 7 MOTION to Dismiss filed by Donna Coppola. (Rynne, Michelle) (Entered: 10/26/2004) |
| 10/27/2004 | 9 | Opposition re 7 MOTION to Dismiss filed by George Logue. (Barrette, Mark) (Entered: 11/04/2004) |
| 11/05/2004 | 10 | MOTION for Leave to File *A Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss* by Donna Coppola. (Attachments: # 1 Defendant Donna Coppola's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss# 2 Affidavit Affidavit of Douglas Marrano)(Marrano, Douglas) (Entered: 11/05/2004) |
| 12/27/2004 | 11 | NOTICE of Scheduling Conference: Scheduling |

| | | |
|---|---|---|
| | | Conference set for 2/10/2005 03:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 12/28/2004) |
| 01/03/2005 | 12 | Judge Douglas P. Woodlock : ORDER entered. MEMORANDUM AND ORDER, granting 7 MOTION to Dismiss filed by Donna Coppola.(Rynne, Michelle) (Entered: 01/03/2005) |
| 01/03/2005 | 13 | Judge Douglas P. Woodlock : ORDER entered. ORDER DISMISSING CASE.(Rynne, Michelle) (Entered: 01/03/2005) |
| 01/05/2005 | 14 | NOTICE OF APPEAL by George Logue. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/25/2005. (Nici, Richard) (Entered: 01/12/2005) |
| 01/11/2005 | 15 | MOTION for Reconsideration re 13 Order Dismissing Case by George Logue.(Nici, Richard) (Entered: 01/13/2005) |
| 01/14/2005 | ● | Judge Douglas P. Woodlock : ElectronicORDER entered denying 15 Motion for Reconsideration (Woodlock, Douglas) (Entered: 01/14/2005) |