UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 FEB 11 P 12: 56
U.S. DISTRICT COURT
DISTRICT OF MASS.

George Logue

    Plaintiff

v.

D. Coppola

    Defendant

CIVIL ACTION
CASE NO 04-10823-DPW
MOTION FOR RECONSIDERATION

SCANNED
DATE: 2/15/05
BY: RN

**Comes now the plaintiff, with this Motion For Reconsideration.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure Rules 7 and 59(e), plaintiff respectfully submits this Motion in response to the Order of Dismissal, issued by the District Court regarding the recent pleadings, and pertaining to the final disposition of the Court on January 3, 2005, and subsequent and related ruling of February 3, 2005. Where this case was founded on and originated from the same issues in case no. 02-12493, and has followed that cases rulings, likewise this is presented in conjunction with plaintiff's reconsideration pleading and supporting materials that are submitted for that case

Wherefore, plaintiff respectfully prays that the Court reconsider its decision in this case, as well and while considering the pleading and materials in the primary case v. MIT.

<u>February 9, 2005</u>
Composition Date

*/s/ George Logue*

CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 10th day of February, 2005 I caused a true copy of the document above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*/s/ George Logue*

Donna Coppola
1212 Hancock Street
Quincy, MA