UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION

| | | |
|---|---|---|
| George Logue | ] | CASE NO. 04-10823 - DPW |
| | ] | 04-10824 |
| Plaintiff | ] | |
| | ] | |
| v. | ] | |
| | ] | |
| M. Vakili and D. Coppola | ] | |
| | ] | |
| Defendants | ] | |

**PLAINTIFF'S MOTION FOR COURT APPOINTED**
**EXAMINER BEFORE WHOM DEPOSTION MAY BE TAKEN**

Comes now the plaintiff with this motion to this Honorable Court, and for the reason set forth in his request for leave in the accompanying Motion To Perpetuate Testimony Pending Appeal, to appoint a person before whom depositions may be taken pursuant to Federal Rules of Civil Procedure Rule 28(a). This motion is made to obtain depositions where the case is pending appeal. This particular motion is made to facilitate an equitable forum and person as defined by this rule, and because of the status of plaintiff as a pro se litigant who has proceeded IFP.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff respectfully moves this court, pursuant to Rule 28(a), to appoint a special examiner or officer, as defined in that rule, with the power to administer oaths and take testimony. The motion is for oral examination of the defendants M. Vakili and D. Coppola.

Respectfully submitted,

July 25, 2005
Date

*/s/ George Logue*

## CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 25th day of July, 2005 I caused a true copy of this documents above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*/s/ George Logue*

Donovan & Hatem
2 Seaport Avenue
Boston, MA 02210