UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

<table>
<tr><td>

George Logue

    Plaintiff

v.

M. Vakili and D. Coppola

    Defendants

</td><td>

CIVIL ACTION

CASE NO. 04-10823 - DPW
          04-10824

</td></tr>
</table>

## MOTION TO PERPETUATE TESTIMONY PENDING APPEAL

Pursuant to Federal Rules of Civil Procedure plaintiff-appellant respectfully submits to this Honorable Court, his Motion for Leave, for the purpose of requesting the opportunity for discovery from this District Court while awaiting appeal.

TO ALL PARTIES AND THEIR ATTRONEYS OF RECORD:

Plaintiff hereby moves, pursuant to Fed. R. Civ. P. 28(b), for leave to take depositions of Michelle Vakili, 250 Main Street, Charlestown, MA, and Donna Coppola, 1212 Hancock Street, Quincy, MA, at a time and place to be designated by this Court. Further, plaintiff respectfully requests the court for an order granting plaintiff the means by which he may take oral depositions, as defined in that rule, and of defendants listed above, in order to perpetuate their testimony for use in further proceedings in this action pending appeal from the judgment of this court.

    As grounds for this motion, plaintiff states as follows:

1. On January 3, 2005 this court entered judgment dismissing the cases. A Notice of Appeal was submitted to that judgment January 5, 2005, and is currently pending before the First Circuit, A.C. cases 05-1132 and 1133.

2. The subject matter of the testimony of Vakili and Coppola expects to elicit information regarding events that transpired in the trial court (Cambridge, MA) and details that will aid in describing the factual responses of defendants, who were being paid by the state as public defenders to assist plaintiff.

3. The perpetuation of the testimony of Vakili and Coppola is necessary and proper to avoid a failure or any delay of justice. The depositions are for use in the development of facts where Vakili and Coppola were participants in the events and have knowledge of the particular series of events that unfolded.

Wherefore, Plaintiff moves this court for an Order allowing Vakili and Coppola to be deposed, upon oral examination, pursuant to Fed. R. Civ. P. 27(b).

Respectfully submitted,

July 25, 2005

*/s/ Deeny Logue*