UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE LOGUE,            )<br>                          )<br>    Plaintiff,          )<br>                          )<br>    v.                    )<br>                          )<br>DONNA COPPOLA,            )<br>                          )<br>    Defendant             )<br>                          ) | Civil Action No. 04-CV-10823-DPW |

### DEFENDANT DONNA COPPOLA'S OPPOSITION TO PLAINTIFF'S MOTION TO PERPETUATE TESTIMONY PENDING APPEAL

Defendant Donna Coppola ("Coppola") hereby files this opposition to plaintiff George Logue's ("Logue") Motion to Perpetuate Testimony Pending Appeal. In support of her opposition, Coppola states as follows:

1. As stated in Logue's motion, this Court dismissed Logue's claims against Coppola on January 3, 2005 and issued a final judgment on the matter. (Motion, at ¶1).

2. Logue filed a Notice of Appeal, and this matter is currently pending at the U.S. Court of Appeals for the First Circuit. (Id.)

3. As a result of the Court's dismissal of the claims against Coppola and the issuance of an order dismissing the action, there is no action before this Court under which Logue can make his motion. *See Mirpuri v. ACT Mfg., Inc.*, 212 F.3d 624 (1st Cir. 2000) (upholding a decision by this Court to deny a motion to amend a complaint when the District Court had already granted a motion to dismiss the complaint).

4.	Because there is no action on which Logue may file a motion, the Court must issue an Order denying his motion.

Respectfully submitted,

Donna Coppola,

By her attorneys,

_____
David Hatem, BBO #225700
Nancy M. Reimer, BBO #555373
Douglas M. Marrano, BBO #644030
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
617-406-4500

Dated: August 2, 2005

00935287

2

## CERTIFICATE OF SERVICE

    I, Douglas Marrano, hereby certify that on this 2nd day of August, 2005, I have given notice of the above document, by mailing a copy thereof, postage prepaid to George Logue, General Delivery, Boston, MA 02205.

                                                      Douglas Marrano