**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 05-1131

GEORGE LOGUE,

Plaintiff, Appellant,

v.

MARTHA COAKLEY,

Defendant, Appellee.

DC#04-10822
J. Woodlock

No. 05-1132

GEORGE LOGUE,

Plaintiff, Appellant,

v.

DONNA COPPOLA, ESQUIRE,

Defendant, Appellee.

DC#04-10823
J. Woodlock

No. 05-1133

GEORGE LOGUE,

Plaintiff, Appellant,

v.

MICHELLE VAKILI, ESQUIRE,

Defendant, Appellee.

DC#04-10824
J. Woodlock

No. 05-1134

GEORGE LOGUE,

Plaintiff, Appellant,

v.

CAMBRIDGE DISTRICT COURT, ET AL.,

Defendants, Appellees.

*CA: 04-12096*
*J. Woodlock*

---

No. 05-1135

GEORGE LOGUE,

Plaintiff, Appellant,

v.

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

Defendant, Appellee.

*CA: 02-12493*
*J. Woodlock*

---

Before

Boudin, <u>Chief Judge</u>,
Stahl, <u>Senior Circuit Judge</u>,
and Howard, <u>Circuit Judge</u>.

---

JUDGMENT

Entered: October 14, 2005

We have reviewed the record in these cases, including the briefs of the parties, we affirm the judgments in all cases, essentially for the reasons given by the district court in its various memoranda and orders, dated January 3, 2005.

Appellant's motions for oral argument are <u>denied</u>.

The judgments of the district court are <u>affirmed</u>.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____MARGARET CARTER_____
           Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

*[signature]*

**Deputy Clerk**

**Date:** FEB 0 8 2006

[cc: Messrs: Logue, Ravitz, Hatem, Marrano, Cromack, Lapp and Ms. Reimer]